THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Don Robert Boyd,
 Sr., Appellant.
 
 
 

Appeal From Aiken County
 R. Ferrell Cothran, Jr., Circuit Court
Judge

Unpublished Opinion No. 2011-UP-349   |
 Submitted June 1, 2011  Filed June 29,
2011

AFFIRMED

 
 
 
 Appellate Defender LaNelle Cantey Durant, of
 Columbia, for Appellant.
 J. Benjamin Aplin, of Columbia, for
 Respondent.
 
 
 

PER CURIAM:  Don Robert Boyd, Sr., appeals the order
 of the circuit court tolling his probation while he is civilly committed under the Sexually Violent Predator Act.[1] 
 He argues the circuit court lacked the authority to toll his probation.  We
 affirm[2] pursuant to Rule 220(b)(1), SCACR, and the following authority: State v.
 Miller, ___ S.C. ___, ___, 709 S.E.2d 135, 137 (Ct. App. 2011) (finding
 that the circuit court properly tolled the start date of a sexually violent
 predator's probation until his release from civil commitment).
AFFIRMED.
FEW, C.J., HUFF, J., and
 GOOLSBY, A.J., concur.

[1] S.C. Code Ann. § 44-48-10 to -170 (2002 & Supp.
 2010).
[2] We decide this case without oral argument pursuant to
 Rule 215, SCACR.